## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS<br>UNDER CHAPTER 13 |
| SCOTT SCHMIDT<br>KIMBERLY SCHMIDT, | CASE NO. 11-12518<br>JUDGE: Cassling |
| DEBTORS | |

### NOTICE OF MOTION

**Notified via Electronic Filing**

U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532

C. David Ward, Illini Legal Services Chartered, 1234 Douglas Road, Oswego, IL 60543

**Notified via US Postal Service**

Scott Schmidt, 1436 Woodland Dr., South Elgin, IL 60177

Kimberly Schmidt, 1436 Woodland Dr., South Elgin, IL 60177


Please take notice that on the 15th of April, 2016 at the hour of 9:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Donald R Cassling, Courtroom 240 at the United States Bankruptcy Court, Kane County Courthouse, 100 S. 3rd Street, Geneva, IL 60134 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtors at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on April 8, 2016, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

Respectfully Submitted,

/s/ Michael N. Burke
Michael N. Burke

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
11-049615

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| SCOTT SCHMIDT KIMBERLY SCHMIDT, | NO. 11-12518 JUDGE: Cassling, |
| DEBTORS | |

<u>MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO THE
TRUSTEE'S NOTICE OF FINAL MORTGAGE CURE</u>

NOW COMES Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, by and through its attorneys, Shapiro Kreisman & Associates, LLC, and states as follows:

1.     On March 25, 2011, the above-named Debtor filed the instant Chapter 13 case listing the Movant as a secured creditor by virtue of a note secured by a mortgage on the Debtor's residence, commonly known as: 1436 Woodland Drive, South Elgin, IL 60177.

2.     On March 18, 2016, the Chapter 13 Trustee filed a Notice of Final Mortgage Cure pursuant to Federal Bankruptcy Rule 3002.1(f) with respect to that loan.

3.     Pursuant to Federal Bankruptcy Rule 3002.1(g), the Movant was given through April 8, 2016 to file a Response to that Notice.

4.     Notwithstanding its diligent efforts to comply with that deadline, the Movant has not yet been able to review its audit of the account including a review of all payment changes that occurred during the course of the case; and a reconciliation of fees, costs, advances and charges made during the course of the case.

5.     To allow for the orderly completion of that analysis, the Movant respectfully requests that the Court exercise its equitable powers under 11 USC 105(a) to allow it

through and including May 6, 2016 to file its Response to the Trustee's Notice of Final

Mortgage Cure.

6.        Such an extension of time will not prejudice any party to this case.

        WHEREFORE, Federal National Mortgage Association ("Fannie Mae"), creditor

c/o Seterus, moves this Honorable Court for an extension of time through and including

May 6, 2016 to file its Response to the Trustee's Notice of Final Mortgage Cure.

                            Respectfully submitted,

                            /s/ Michael N. Burke
                               Attorney for Federal National Mortgage
                               Association ("Fannie Mae"),  creditor c/o
                               Seterus

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
11-049615

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**